ROBERT ZOMMER AND PAMELA ZOMMER,
COADMINISTRATORS (ESTATE OF LOUIS J.
ZOMMER), ET AL. *v.* CATHERINE
VENTULETT

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*John J. Graham,* for the appellee (defendant).

*John J. McNamara,* for the appellants (plaintiffs).

Argued December 4—decided December 4, 1973

STATE OF CONNECTICUT *v.* SALVATORE ANNUNZIATO

The defendant's motion requesting this court to set aside the judgment of conviction and to direct the entry of a final judgment of not guilty in the appeal from the Superior Court in New Haven County is denied.

*Howard A. Jacobs,* for the appellant (defendant).

*Jerrold H. Barnett,* assistant state's attorney, for the appellee (state).

Argued December 4—decided December 4, 1973

TOLLAND EDUCATION ASSOCIATION ET AL. *v.*
TOWN OF TOLLAND

The plaintiffs' "Motion to Set Aside Judgment for Failure to Defend with Proper Diligence" in the appeal from the Superior Court in Tolland County is granted unless the defendant files its brief on or before January 15, 1974.

*Martin A. Gould,* for the appellants (plaintiffs).

*Robert D. King,* for the appellee (defendant town of Tolland).